UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT ELLIOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PIONEER SURGICAL TECHNOLOGY INC, et. al.,<br><br>　　　　　Defendants. | CASE NO. C13-135-MJP<br><br>ORDER GRANTING MOTION TO AMEND CASE SCHEDULE (DKT. NO. 30) AND DENYING MOTION FOR ATTORNEY FEES (DKT. NO. 29) |

This matter comes before the Court on the parties' motion to alter the case schedule. (Dkt. No. 30.) Finding good cause supports the motion, the Court GRANTS the motion and alters the case schedule as follows:

　　Disclosures by experts shall be made by November 15, 2013;

　　All motions related to discovery must be filed by December 13, 2013 and noted on the motion calendar on the third Friday thereafter (See LCR7(d));

　　Discovery shall be completed by January 13, 2014;

ORDER GRANTING MOTION TO AMEND CASE
SCHEDULE (DKT. NO. 30) AND DENYING
MOTION FOR ATTORNEY FEES (DKT. NO. 29)- 1

1 All dispositive motions must be filed by February 13, 2014 and noted on the motion
2 calendar on the fourth Friday thereafter (see LCR7(d)).

3 The previously set trial date of May 12, 2014 and any other deadline not addressed by
4 this order remain in place.

5 In a separate motion, Plaintiff asks for attorney fees. (Dkt. No. 29.) Finding the record
6 does not support an award of fees, the Court DENIES the motion for fees.

7 The clerk is ordered to provide copies of this order to all counsel.

8 Dated this <u>17th</u> day of October, 2013.

            Marsha J. Pechman
            Chief United States District Judge

ORDER GRANTING MOTION TO AMEND CASE
SCHEDULE (DKT. NO. 30) AND DENYING
MOTION FOR ATTORNEY FEES (DKT. NO. 29)-
2